**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02263-RPM-KMT

JAMES FOBES,

    Plaintiff,
v.

NORTHSTAR LOCATION SERVICES, LLC, a New York limited liability company,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

|  |  |
|---|---|
|  | BY THE COURT: |
| October 18th, 2012 | s/Richard P. Matsch |
| _____ | _____ |
| DATE | Richard P. Matsch, Senior Judge |